IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-152-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHNNIE EARL HARRELL, JR. | ORDER |

This matter is before the Court upon a motion by counsel for the defendant to continue the sentencing hearing in the above-referenced matter. For good cause shown, Defendant's motion is hereby GRANTED. The sentencing hearing in this matter shall be continued to that term of criminal court commencing on September 7, 2021.

This the 19th day of March, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge